UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARNELL JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>RON HAYNES, *et al.*,<br><br>          Defendants. | CASE NO. C21-5584-JCC-MLP<br><br>REPORT AND RECOMMENDATION |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his complaint to the Court for filing on August 13, 2021, together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. # 1.) Plaintiff failed to sign his *in forma pauperis* application and the application was therefore returned to him for correction of this deficiency. (Dkt. # 2.) Plaintiff corrected the deficiency on August 20, 2021, and his materials are now ready for this Court's review. (*See* Dkt. # 3.) Plaintiff indicates in his *in forma pauperis* application that he is unable to pay the costs of this proceeding because he is currently incarcerated, and that he has not received money from any source in the last twelve months. (*See id.* at 1.) Plaintiff failed, however, to complete the portion of the *in forma pauperis* application which requests information regarding cash on hand, checking accounts, and savings accounts. (*See id.* at 2.) This portion of the form specifically directs that the applicant include any prison account funds. (*Id.*)

REPORT AND RECOMMENDATION
PAGE - 1

Plaintiff submitted with his application the requisite account statement from the facility where he is currently incarcerated, the Stafford Creek Corrections Center. (*See* Dkt. # 3-2.) This statement reflects that Plaintiff has average months receipts of $1,020.83, and an average spendable balance of $1,528.96. (*Id*.) It is unclear why Plaintiff did not disclose this information on his *in forma pauperis* application. Regardless, the information on Plaintiff's prison account statement makes clear that Plaintiff has sufficient funds to pay the filing fee required in a civil rights action. This Court therefore recommends that Plaintiff's application to proceed *in forma pauperis* (dkt. # 3) be DENIED. This action should proceed only if plaintiff pays the $402.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 24, 2021**.

DATED this 2nd day of September, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge