THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARNELL JONES,<br><br>                Plaintiff,<br><br>    v.<br><br>RON HAYNES, *et al.*,<br><br>                Defendants. | CASE NO. C21-5584-JCC-MLP<br><br>ORDER |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis*, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 3) is DENIED.

The Court notes that the docket for this case indicates receipt of the filing fee on September 21, 2021, after which the clerk filed Plaintiff's complaint. (*See* Dkt. No. 5.) Accordingly, it is further ORDERED that Plaintiff must effect service of process within the time provided in Federal Rule of Civil Procedure 4(m).

The clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable Michelle L. Peterson.

//

ORDER
C21-5584-JCC-MLP
PAGE - 1

DATED this 29th day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-5584-JCC-MLP
PAGE - 2