1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                   AT TACOMA

8    DARNELL JONES,

9                               Plaintiff,          CASE NO. C21-5584-JCC-MLP

10        v.

11   RON HAYNES, *et al*.,                          REPORT AND RECOMMENDATION

12                              Defendants.

13

14        This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his

15   complaint to the Court for filing on August 13, 2021, together with an application to proceed *in*

16   *forma pauperis* ("IFP"). (Dkt. # 1.) This Court thereafter recommended that Plaintiff's IFP

17   application be denied and, on September 21, 2021, Plaintiff paid the filing fee for this action and

18   his complaint was filed. (*See* dkt. ## 4-5.) On September 29, 2021, the Honorable John C.

19   Coughenour, United States District Judge, adopted this Court's recommendation that Plaintiff's

20   IFP application be denied and ordered Plaintiff to effect service of process within the time

21   provided in Federal Rule of Civil Procedure 4(m). (Dkt. # 6.)

22        Plaintiff failed to timely provide proof of service and, on January 28, 2022, this Court

23   issue an Order directing Plaintiff to show cause why the Court should not dismiss this matter for

REPORT AND RECOMMENDATION
PAGE - 1

failure to prosecute. (Dkt. # 7.) Plaintiff was directed to file his response not later than March 1, 2022, and was advised that absent a timely response, this action would be dismissed without prejudice. (*Id.*) To date, Plaintiff has neither provided proof of service nor responded to the Court's Order to Show Cause. Accordingly, this Court recommends that Plaintiff's complaint, and this action, be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 6, 2022**.

DATED this 11th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2