1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL JONES,

                              Plaintiff,

        v.

RON HAYNES, *et al*.,

                              Defendants.

Case No. C21-5584-JCC

ORDER DISMISSING ACTION

        The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, and finding no timely objection, hereby ORDERS:

        (1)        The Report and Recommendation is approved and adopted.

        (2)        This action is DISMISSED without prejudice for failure to prosecute.

        (3)        The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Peterson.

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

1    DATED this 5th day of May 2022.

2

3

4

5    _____
     JOHN C. COUGHENOUR
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING ACTION
PAGE - 2